

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00010-CV

**IN RE** Abelardo G. **GONZALEZ**

Original Proceeding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

Delivered and Filed: May 8, 2024

PETITION FOR WRIT OF INJUNCTION DENIED

On January 5, 2024, Abelardo Gonzalez filed a petition for a writ of injunction and a motion for emergency relief, in order to preserve this court's jurisdiction in a related appeal styled *Abelardo G. Gonzalez v. Rosalinda Y. Gonzalez*, No. 04-23-00314-CV. On January 10, 2024, this court issued a temporary injunction, prohibiting Rosalinda Gonzalez from selling, conveying, leasing, encumbering, or otherwise disposing of the real property at issue in that appeal.

On March 13, 2024, that appeal was dismissed. Having resolved that appeal, we hereby lift the temporary injunction order issued in this matter and **DENY** the writ of injunction.

PER CURIAM